988

No. 00–8978. KEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–8983. CHRISTIE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–8999. DUNKINS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9000. MARTINEZ-HERNANDEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9001. WILLIAMS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–9002. SYRAX *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–9003. SALDIVAR-GONZALEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9004. SAGASTUME-PORTILLO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9006. JACKSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9009. HARRIS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–9010. FAY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9011. GARCIA-CAVAZOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9012. HUGGINS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–9013. HARROD *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 00–9014. LAZARO FERNANDEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9015. IRBY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.